MABEL G. TAPLEY, as Administratrix, etc., Respondent, v. NEW YORK DOCK RAILWAY, Appellant.— Motion to vacate or modify order confirming report of referee denied, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

PAULINE WAGNER, an Infant, by ELIZABETH WAGNER, Her Guardian ad Litem, Respondent, v. HYGRADE MONUMENT WORKS, INC., Appellant.— Motion for stay granted. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ. Settle order on notice.

W. S. WILSON CORPORATION, Respondent, v. JOHN E. PURCELL and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for November 16, 1923, for which date the case is set down, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

RALPH DI LANDRI, as Administrator, etc., of UMBERTO DI LANDRI, Deceased, Respondent, v. HERMAN SOBEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ

JACOB J. GREENBAUM and Another, Respondents, v. YETTA LANDAU and Another, Respondents, Impleaded with FREDERICK MARGARETEN and Others, Defendants, and SALAMON M. UNGAR, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of Proving the Last Will and Testament of FRANK SANTRUCEK, Deceased, as a Will of Real and Personal Property.— Decree of the Surrogate's Court of Queens county, refusing to admit testator's will to probate, and the order denying proponent's motion to set aside the verdict and admit the will to probate, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HENRIETTA B. KRAUS, Appellant, v. MORRIS KRAUS, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. BEDELL, Appellant, v. PETER D. SEERY, as Sheriff of the County of Kings, Defendant.— Upon reargument the appeal is dismissed, it appearing that the appellant has complied with the terms of the order appealed from, and the question presented is academic. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. [See 207 App. Div. 831.]

GIUSEPPE SARNO, Appellant, v. AMERICAN SUGAR REFINING COMPANY, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ

FREDERICK SCHANTZ, Respondent, v. A. I. NAMM & SON, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HERBERT GNAD, Appellant, v. ELIZABETH W. HERMAN, Respondent.— Application for leave to appeal to the Appellate Division denied, with ten dollars costs.